# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

---

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

---

Name of Offender:        Wilfred Willis Tyree        Docket No.:   CR 96-00299-01 FMS

Name of Sentencing Judge:    The Honorable Fern M. Smith
                             United States District Judge

Date of Original Sentence:    April 09, 1997

Original Offense:
Count Three: Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1); 924(e)(1) a Class A felony

Original Sentence: Imprisonment: 180 months, supervised release for a term of five years
Special Conditions: Special assessment $100; drug/alcohol treatment; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; abstain from alcohol

Type of Supervision: Supervised Release        Date Supervision Commenced: November 2, 2009
Assistant U.S. Attorney: Jeffrey David Nedrow        Defense Counsel: Larry B. Kupers (AFPD)

---

### Petitioning the Court

To modify the conditions of supervision as follows:

The defendant shall reside for a period of up to six (6) months, as directed by the Probation Officer, in the Residential Reentry Center at Cornell, or similar facility, and shall observe the rules of that facility.

### Cause

On November 2, 2009, the offender was released from the Bureau of Prisons to a detainer in Escambia County, Florida (Pensacola). Escambia County released him on November 16, 2009. The Northern District of Florida initially accepted the case for supervision due to the fact that the offender was in their area. However, the offender has no residence and wishes to return to the Northern District of California. The offender has requested placement in the Residential Reentry Center to assist him in his transition back into the community, and signed the Waiver to modify his conditions. The offender is currently making his way to San Francisco. He is scheduled to arrive

NDC-SUPV-FORM 12B(1) 06/23/08

to San Francisco on March 4, 2010. The Waiver of Hearing to Modify Conditions of Supervised Release is attached for the Court's review.

Respectfully submitted,  Reviewed by:

_____  _____
Octavio E. Magaña  Robert Tenney
U.S. Probation Officer  Supervisory U.S. Probation Officer

Date Signed: March 1, 2010

---

THE COURT ORDERS:
☒ To modify the conditions of supervision as follows:
The defendant shall reside for a period of up to six (6) months, as directed by the Probation Officer, in the Residential Reentry Center at Cornell, or similar facility, and shall observe the rules of that facility.

☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

___3/1/10_____  _____
Date  ~~Fern M. Smith~~ SUSAN ILLSTON
United States District Judge

NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Wilfred Tyree
Docket No.: CR 96-00299-01 FMS

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside for a period of up to 6 months, as directed by the Probation Officer, in the Residential Re-enter Center at Cornell, or similar facility, and shall observe the rules of that facility.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at

Signed: _Wilfred Tyree_   Date: 2/1/10
Probationer or Supervised Releasee

Witness: _____   Date: 2/1/10